Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER CHRISTENSEN, an individual; DOUGLAS CHRISTENSEN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br><br>OCWEN LOAN SERVICING, LLC, a foreign limited-liability company; BANK OF AMERICA, N.A., a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-01200-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT OCWEN LOAN SERVICING, LLC WITH PREJUDICE** |

Plaintiffs, Jennifer and Douglas Christensen ("Plaintiffs"), and Defendant, Ocwen Loan Servicing, LLC ("Ocwen") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

Page 1 of 3

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Ocwen, with each party bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: October 17, 2016

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: October 17, 2016

**MAUPIN • NAYLOR • BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions*

Dated: October 17, 2016

**GREENBERG TRAURIG, LLP**

*/s/ Eric W. Swanis*
Eric W. Swanis, Esq.
Nevada Bar No. 6840
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
swanise@gtlaw.com
*Attorneys for Defendant Ocwen Loan Servicing, LLC*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT OCWEN LOAN SERVICING, LLC

Pursuant to the stipulation of the Parties under FRCP 41(a), Ocwen is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2016

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF OCWEN LOAN SERVICING, LLC WITH PREJUDICE** was electronically served to the following parties:

Eric Swanis, Esq.
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
swanise@gtlaw.com
*Attorneys for Defendant Ocwen Loan Servicing, LLC*

Jennifer L. Braster, Esq.
**MAUPIN • NAYLOR • BRASTER**
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: October 17, 2016

                                                        */s/ Caesy Morales*_____.
                                                        An Employee of the Law Office of Kevin L. Hernandez

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408