Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER CHRISTENSEN, an individual; DOUGLAS CHRISTENSEN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING,LLC, a foreign limited-liability company; BANK OF AMERICA, N.A., a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-01200-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF BANK OF AMERICA, N.A. WITH PREJUDICE** |

Plaintiffs, Jennifer and Douglas Christensen ("Plaintiffs"), and Defendant, Bank of America, N.A. ("BANA") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408

1    Therefore, the Parties, by and through their respective attorneys of record, and subject to

2    the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

3    under FRCP 41(a) as to BANA, with each party bearing their own attorneys' fees and costs

4    incurred in this action.

5    Respectfully Submitted.

6    Dated: October 13, 2016                    Dated: October 13, 2016

7    **LAW OFFICE OF                            AKERMAN LLP**
     **KEVIN L. HERNANDEZ**

8

9    */s/ Kevin L. Hernandez*                   */s/ Thera Cooper*
     Kevin L. Hernandez, Esq.                   Thera Cooper, Esq.
     Nevada Bar No. 12594                       Nevada Bar No. 13468
10   9555 S. Eastern Avenue, Suite 220A         1160 Town Center Drive, Suite 330
     Las Vegas, Nevada 89123                    Las Vegas, Nevada 89144
11   kevin@kevinhernandezlaw.com                thera.cooper@akerman.com
     *Attorney for Plaintiff*                   *Attorneys for Defendant Bank of America, N.A.*
12

13   Dated: October 13, 2016                    Dated: October 13, 2016

14   **MAUPIN • NAYLOR • BRASTER**              **GREENBERG TRAURIG, LLP**

15   */s/ Jennifer L. Braster*                  */s/ Eric W. Swanis*
     Jennifer L. Braster, Esq.                  Eric W. Swanis, Esq.
16   Nevada Bar No. 9982                        Nevada Bar No. 6840
     1050 Indigo Drive, Suite 112              3773 Howard Hughes Parkway
17   Las Vegas, Nevada 89145                    Suite 400 North
     jbraster@naylorandbrasterlaw.com           Las Vegas, Nevada 89169
18   *Attorneys for Defendant Experian Information*   swanise@gtlaw.com
     *Solutions*                                *Attorneys for Defendant Ocwen Loan*
19                                              *Servicing, LLC*

20

21   <u>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF
     AMERICA, N.A.**</u>

22        Pursuant to the stipulation of the Parties under FRCP 41(a), BANA is dismissed with

23   prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

24

25                                         **IT IS SO ORDERED**:

26

27                                         _____
                                           UNITED STATES DISTRICT JUDGE

28                                         DATED: October 18, 2016

Page 2 of 3

Law Office of Kevin L. Hernandez
9555 S. Eastern Avenue Suite 220A
Las Vegas, Nevada 89123
(702) 563-4450 FAX: (702) 552-0408

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF BANK OF AMERICA, N.A.   WITH PREJUDICE** was electronically served to the following parties:

Thera Cooper, Esq.
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
thera.cooper@akerman.com
*Attorneys for Defendant Bank of America, N.A.*

Jennifer L. Braster, Esq.
**MAUPIN • NAYLOR • BRASTER**
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Eric Swanis, Esq.
**GREENBER TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
swanise@gtlaw.com
*Attorneys for Defendant Ocwen Loan Servicing, LLC*

Dated: October 13, 2016

*/s/ Caesy Morales*                                        .
An Employee of the Law Office of Kevin L. Hernandez