Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CHRISTENSEN, an individual; DOUGLAS CHRISTENSEN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a foreign limited-liability company; BANK OF AMERICA, N.A., a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-01200-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiffs, Jennifer and Douglas Christensen ("Plaintiffs"), and Defendant, Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

Page 1 of 3

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to the action between Plaintiffs Experian, with Plaintiffs and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: February 28, 2017                                    Dated: February 28, 2017

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**                                      **MAUPIN•NAYLOR•BRASTER**

*/s/ Kevin L. Hernandez*                                    */s/ Jennifer L. Braster*
Kevin L. Hernandez, Esq.                                    Jennifer L. Braster, Esq.
Nevada Bar No. 12594                                        Nevada Bar No. 9982
2510 Wigwam Parkway, Suite 206                              1050 Indigo Drive, Suite 200
Henderson, Nevada 89074                                     Las Vegas, Nevada 89145
kevin@kevinhernandezlaw.com                                 jbraster@naylorandbrasterlaw.com
*Attorney for Plaintiff*                                    *Attorneys for Defendant Experian Information Solutions, Inc.*

**ORDER OF DISMISSAL WITH PREJUDICE AS TO ACTION BETWEEN PLAINTIFFS DOUGLAS CHRISTENSEN AND JENNIFER CHRISTENSEN AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to the stipulation of the Parties under FRCP 41(a), the action between Plaintiffs and Experian Information Solutions, Inc. is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: __March 1, 2017__

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** was electronically served to the following parties:

Jennifer L. Braster, Esq.
**MAUPIN•NAYLOR•BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: February 28, 2017

/s/ Caesy Morales                              .
An Employee of the Law Office of Kevin L. Hernandez